| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Matthew Resnik - Bar # 182562<br>David M. Kritzer - Bar # 170545<br>Pardis Akhavan - Bar # 320342<br>RESNIK HAYES MORADI LLP<br>17609 Ventura Blvd., Suite 314<br>Encino, California 91316<br>Telephone: (818) 285-0100<br>Facsimile: (818) 855-7013<br>matt@rhmfirm.com<br>david@rhmfirm.com<br>pardis@rhmfirm.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: **Plaintiff** | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAR 04 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY egonzale  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>ROBERT BENJAMIN SAUTTER,<br>                                                  Debtor(s) | CASE NO. **1:19-bk-11301-MT**<br>CHAPTER: **13**<br>ADVERSARY NO. **1:19-ap-01074-MT** |
|---|---|
| ROBERT BENJAMIN SAUTTER,<br>                                                  Plaintiff(s)<br><br>vs.<br><br>SANTA FE GENERAL CONSTRUCTION, INC., a California corporation, ET AL.<br>                                                  Defendant(s) | **AMENDED DEFAULT JUDGMENT**<br><br>**DATE:** December 18, 2019<br>**TIME:** 11:00am<br>**COURTROOM:** 302<br>**PLACE:** U.S. Bankruptcy Court<br>                21041 Burbank Blvd.<br>                Woodland Hills, CA 9136 |

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment as follows:

1. The Findings of Fact and Conclusions of Law set forth in the Court's Tentative Ruling which has become the Order of the Court [Docket No. 40] are incorporated herein by reference as though set forth in full.

2. Judgment shall be entered in favor of Plaintiff (*specify name*): ROBERT BENJAMIN SAUTTER and against Defendants (*specify name*): SANTA FE GENERAL CONSTRUCTION, INC., a California corporation;  JUBILIO ESCALERA, an individual; CHAIDEZ CONSTRUCTION, INC., a California corporation; CESAR CHAIDEZ, an individual; LORENA LARA, an individual; HUMBERTO LARA, an individual; and JOHN WHITE, an individual

3.  a.  ☐  Plaintiff is awarded damages in the following amount:                                    $_____

    b.  ☐  Plaintiff is awarded costs in the following amount:                                         $_____

    c.  ☒  Plaintiff is awarded attorney fees in the following amount:                           $17,129.00

    d.  ☐  Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*): _____

    e.  ☒  Plaintiff is granted the following relief (*specify*):

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                              Page 1                                              F 7055-1.2.DEFAULT.JMT

      i.      The Subject Property as is used hereinafter is real property located at **3859 Sherwood Place, Sherman Oaks, California 91423** legally described as **LOT(S) 28 OF TRACT NO. 10150, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 143 PAGE(S) 21 TO 24, INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. ASSESSOR'S PARCEL NUMBER 2272-005-016.**

      ii.      Plaintiff's request to quiet title to the Subject Property in Plaintiff's name alone is granted;

      iii.      The Grant Deed recorded with the Los Angeles County Recorder's Office on February 28, 2017 as Instrument Number 20170232407 is hereby cancelled in full as to the Subject Property;

      iv.      Defendants CESAR CHAIDEZ, an individual; LORENA LARA, an individual; HUMBERTO LARA, an individual; and JOHN WHITE, an individual have no right, title, estate, lien, or interest in the Subject Property;

      v.      The Mechanic's Lien in favor of Defendant SANTA FE GENERAL CONSTRUCTION, INC., a California corporation recorded with the Los Angeles County Recorder's Office on September 1, 2017 as Instrument Number 20171000698 is hereby expunged and canceled in full as to Plaintiff and as to the Subject Property;

      vi.      Defendants JUBILIO ESCALERA and SANTA FE GENERAL CONSTRUCTION, INC., a California corporation have no right, title, estate, lien, or interest in the Subject Property as a result of this Mechanic's Lien;

      vii.      The Mechanic's Lien in favor of Defendant CHAIDEZ CONSTRUCTION, INC., a California corporation recorded with the Los Angeles County Recorder's Office on February 16, 2018 as Instrument Number 20180162794 is hereby expunged and canceled in full as to Plaintiff and as to the Subject Property;

      viii.      Defendant CHAIDEZ CONSTRUCTION, INC., a California corporation has no right, title, estate, lien, or interest in the Subject Property as a result of this Mechanic's Lien;

      ix.      The Mechanic's Lien in favor of Defendant SANTA FE GENERAL CONSTRUCTION, INC., a California corporation recorded with the Los Angeles County Recorder's Office on February 16, 2018 as Instrument Number 20180162795 is hereby expunged and canceled in full as to Plaintiff and as to the Subject Property;

      x.      Defendants JUBILIO ESCALERA and SANTA FE GENERAL CONSTRUCTION, INC., a California corporation have no right, title, estate, lien, or interest in the Subject Property as a result of this Mechanic's Lien;

      xi.      The Mechanic's Lien in favor of Defendant SANTA FE GENERAL CONSTRUCTION, INC., a California corporation recorded with the Los Angeles County Recorder's Office on April 12, 2019 as Instrument Number 20190326560 is hereby expunged and canceled in full as to Plaintiff and as to the Subject Property;

      xii.      Defendants JUBILIO ESCALERA and SANTA FE GENERAL CONSTRUCTION, INC., a California corporation have no right, title, estate, lien, or interest in the Subject Property as a result of this Mechanic's Lien;

      xiii.      The Grant Deed recorded with the Los Angeles County Recorder's Office on April 1, 2019 as Instrument Number 20190281558 is hereby cancelled in full as to the Subject Property;

      xiv.      Defendant JOHN WHITE has no right, title, estate, lien, or interest in the Subject Property;

//
//
//
//
//
//
//
//
//

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*　　　　　　　　　　　　　　　　Page 2　　　　　　　　　　　　　　　　**F 7055-1.2.DEFAULT.JMT**

   xv. The effect of this Judgment shall be to restore title to the Subject Property in the name of Plaintiff ROBERT BENJAMIN SAUTTER alone, free and clear of any of the aforementioned liens and deeds.

4. ☐ The court further orders:

  ☐ See attached page

###

Date: March 4, 2020

*/s/ Maureen A. Tighe*
Maureen A. Tighe
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*   Page 3   **F 7055-1.2.DEFAULT.JMT**